# Court of Appeals
# of the State of Georgia

ATLANTA, April 10, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1399. JOSHUA DUNSON v. THE STATE.**

A jury found Joshua Dunson guilty of kidnapping with bodily injury, aggravated child molestation, aggravated anal sodomy, child molestation, enticing a child for indecent purposes, and cruelty to children, and his convictions were affirmed on appeal. See *Dunson v. State*, 309 Ga. App. 484 (711 SE2d 53) (2011). Dunson subsequently filed an extraordinary motion for new trial, which the trial court denied. Dunson then filed this direct appeal.

An order denying an extraordinary motion for a new trial must be appealed by application for discretionary appeal. See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). Accordingly, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/10/2017
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*